# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:  
Case No: 8:19-bk-07741-RCT  
Chapter 13

Scott R. Fitzgerald

_____/

## REPORT OF UNCLAIMED FUNDS

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to November 24, 2020, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 121231 | $1,080.00 | Scott R. Fitzgerald<br>8437 Tuttle Ave. #258<br>Sarasota, FL 34243 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $1,080.00 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated: January 15, 2021.

/s/ Kelly Remick  
Kelly Remick  
Chapter 13 Standing Trustee  
P.O. Box 6099  
Sun City Center, FL 33571-6099  
Phone (813) 658-1165  
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry